UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANGIE ESPINAL,

                     Plaintiff,

      - against -

ALCHEMEE LLC,

                     Defendant.

26-cv-2946(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **June 15, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:     New York, New York
             April 13, 2026

                          John G. Koeltl
               United States District Judge